IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for the registered holders of the J.P. Morgan Chase Commercial Mortgage Securities Trust 2006-CIBC15, Commercial Mortgage Pass-Through Certificates, Series 2006-CIBC15, acting by and through C-III ASSET MANAGEMENT LLC, its special servicer;<br><br>      Plaintiff,<br><br> vs.<br><br>PERKINS DELAWARE, LLC, a Delaware limited liability company; and MICHAEL PERKINS, an individual;<br><br>      Defendants. | 8:14CV214<br><br>ORDER |

  IT IS ORDERED:

  1) The parties' joint motion, (Filing No. 37), is granted.

  2) The progression order is amended as follows:

    a. Plaintiff's initial expert disclosure deadline is extended to September 11, 2015;

    b. Defendants' initial expert disclosure deadline is extended to October 6, 2015;

    c. Plaintiff's Rule 26(a)(2) expert and expert report deadline is extended to November 10, 2015;

    d. Defendants' Rule 26(a)(2) expert and expert report deadline is extended to December 8, 2015; and

    e. The deadline for serving any rebuttal expert reports is extended to January 12, 2016.

  3) All other deadlines and settings in the court's progression order, (Filing No. 24), are unchanged.

July 13, 2015.            BY THE COURT:
                     *s/ Cheryl R. Zwart*
                     United States Magistrate Judge